UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2501
_____

UNITED STATES OF AMERICA

v.

RAJERI CURRY,
            Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:19-cr-00677-001)
District Judge: Honorable Noel L. Hillman
_____

Argued: July 30, 2024
_____

Before: KRAUSE, RESTREPO, and MATEY, *Circuit Judges*
_____

ORDER AMENDING OPINION
_____

It is hereby ordered that the Judgment and Opinion filed on September 16, 2025 are amended as follows:

On page 1, line 18 of the Judgment, and page 1, line 20 of the Opinion, the name of the Honorable Robert B. Kugler shall be deleted and the name of the Honorable Noel L. Hillman substituted therein.

The Clerk is directed to make the change before issuing the mandate.  As this

amendment it not substantive in nature, the filing date of the opinion and judgment does not change.

By the Court,

s/ Paul B. Matey
Circuit Judge

Date: October 24, 2025

kr/cc: All Counsel of Record